## G. A. Bosomburg, Appellee, v. Catherine R. Schultz, Appellant.

### Gen. No. 44,172.

opinion filed May 4, 1948; released for publication June 4, 1948. Maximilian J. St. George, for appellant; G. A. Bosomburg, *pro se*. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**

## Rudolf Johnson, Appellant, v. John H. Sengstacke et al., Appellees.

### Gen. No. 44,093.